**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| LAS UVAS VALLEY DAIRIES,<br>a New Mexico General Partnership<br><br>Debtor. | )<br>)<br>) Case No. 17-12356-11<br>)<br>) |
| ROBERT MARCUS, NOT INDIVIDUALLY,<br>BUT SOLELY AS SUCCESSOR TRUSTEE<br>OF THE LAS UVAS DAIRIES<br>LIQUIDATING TRUST,<br><br>Appellant,<br><br>v.<br><br>DOÑA ANA COUNTY TREASURER,<br><br>Appellee. | )<br>)<br>)<br>)<br>)<br>) USDC No. 1:24-cv-00001-JB-KRS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING EXTENSION OF TIME TO DESIGNATE RECORD ON APPEAL
AND FILE A STATEMENT OF ISSUES**

THIS MATTER is before the Court on the *Motion for an Extension of Time to Designate Record on Appeal and File a Statement of Issues* ("Motion") of Appellant Robert Marcus, not individually, but solely as successor trustee (the "Trustee") of the Las Uvas Dairies Liquidating Trust (the "Trust"); the parties to the above-captioned appeal being in agreement on the relief requested and good cause appearing for such;

IT IS HEREBY ORDERED that the deadline for the Trustee to file his designation of record on appeal and file a statement of issues, pursuant to Fed. R. Bankr. P. 8009, is extended to and including February 6, 2024.


_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**Submitted by:**

CLARK HILL

By: */s/ Kevin H. Morse*
Kevin H. Morse
Attorneys for Appellant
130 E. Randolph St.
Chicago, IL 60601
(312) 985-5556
Email: kmorse@ClarkHill.com

**Approved by:**

BUSINESS LAW SOUTHWEST LLC

By: */s/ Shay Elizabeth Meagle*
Shay Elizabeth Meagle
Attorneys for Appellee
6801 Jefferson St. NE, Ste. 210
Albuquerque, New Mexico 87109
(505) 843-9440
Email: shay@businesslawsw.com