# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

In re: LAS UVAS VALLEY DAIRIES,
a New Mexico General Partnership

Bankruptcy Case No. 17-12356-11

Debtor.

ROBERT MARCUS, NOT INDIVIDUALLY,
BUT SOLELY AS SUCCESSOR TRUSTEE
OF THE LAS UVAS DAIRIES
LIQUIDATING TRUST,

Civ. No. 1:24-01 JB/KRS

Appellant,

v.

DOÑA ANA COUNTY TREASURER,

Appellee.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling.  Pursuant to the Federal Rules of Bankruptcy Procedure, IT IS HEREBY ORDERED that:

1. Appellant(s) shall file a Motion to Reverse or Remand United States Bankruptcy Court with supporting memorandum on or before **May 6, 2024**;

2. Appellee(s) shall file a Response on or before **June 5, 2024**; and

3. Appellant(s) may file a Reply on or before **June 19, 2024**.

*See* Fed. R. Bankr. P. 8018(a).

All supporting memoranda filed pursuant to this order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law.  **All requests for extension of time altering the deadlines set in this Order shall be made by a**

**motion to the Court**.  If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE