IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

In re: LAS UVAS VALLEY DAIRIES,
A New Mexico General Partnership

      Debtor.      Bankruptcy No. 17-12356-11

ROBERT MARCUS, NOT INDIVIDUALLY, BUT SOLELY AS SUCCESSOR TRUSTEE OF THE LAS UVAS DAIRIES    Civ. No. 1:24-01 JB/KRS

      Appellant,
  v.
DOÑA ANA COUNTY TREASURER,

      Appellee.

## STIPULATED ORDER VACATING SCHEDULING ORDER AND EXTENDING BRIEFING DEADLINES

THIS MATTER having come before the Court upon Appellant's Unopposed *Motion to Vacate Scheduling Order and Motion to Extend Deadlines*, filed herein on April 17, 2024; the parties having stipulated to the entry of this Order as shown by the signatures of the parties' counsel below; and the Court being sufficiently advised in the premises;

IT IS HEREBY ORDERED as follows:

1. The *Order Setting Briefing Schedule* entered on March 6, 2024 [Doc. 8] is vacated.

2. The briefing deadlines pursuant to Fed. R. Bankr. P. 8018(a) are extended as following:

  (a) Appellant's opening brief to be filed on or before May 20, 2024;

  (b) Appellee's brief to be filed on or before June 19, 2024; and

  (c) Appellant's reply brief may be filed on or before July 3, 2024.

*/s/ Kevin Sweazea*
HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge

Submitted by:

**CLARK HILL PLC**

By: /s/ *Kevin Morse*

Kevin H. Morse (admitted *pro hac vice*)
CLARK HILL PLC
130 E. Randolph Street, Suite 3900
Chicago, Illinois 60601
Fax: (312) 517-7593
Tel: (312) 985-5556
kmorse@clarkhill.com

*Counsel to Appellant Robert Marcus, Not Individually, But Solely As Successor Trustee Of The Las Uvas Dairies*

**BUSINESS LAW SOUTHWEST, LLC**

By: /s/ *Shay Elizabeth Meagle*

Shay Elizabeth Meagle
BUSINESS LAW SOUTHWEST, LLC
320 Gold Ave. SW, Ste. 620
Albuquerque, NM 87102
Tel: (505) 848-8581
shay@BusinessLawSW.com

*Counsel to Appellee, Doña Ana County Treasurer*