IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

In re: LAS UVAS VALLEY DAIRIES,

A New Mexico Partnership

    Debtor

Bankruptcy No. 17-12356-11

---

DOÑA ANA COUNTY TREASURER,

    Appellee,

v.

ROBERT MARCUS, NOT INDIVIDUALLY, BUT SOLELY AS SUCCESSOR TRUSTEE OF THE LAS UVAS VALLEY DAIRIES

    Appellant.

Civ. No. 1:24-01 JB/KRS

## STIPULATED ORDER GRANTING MOTION TO EXTEND DEADLINE FOR APPELLEE TO FILE RESPONSE BRIEF

THIS MATTER having come before the Court upon Appellee's *Motion to Enlarge the Time Period/Extend the Deadline for Appellee to File its Response Brief until 21 Days after the Court's Disposition of Appellee's Motion to Strike or Dismiss a Portion of Appellant's Argument*, filed herein on June 13, 2024; the parties have stipulated to the entry of this Order as shown by the signatures of the parties' counsel below; and the Court being sufficiently advised in the premises;

IT IS HEREBY ORDERED as follows:

1. The *Motion to Enlarge the Time Period/Extend the Deadline for Appellee to File its Response Brief until 21 Days after the Court's Disposition of Appellee's Motion to Strike or Dismiss a Portion of Appellant's Argument,* filed herein on June 13, 2024, is hereby granted.

2. The deadline for Appellee to file its Response Brief shall be the date which is 21 days after this Court's disposition of the *Motion to Strike Portions of Appellant's Brief and/or to Dismiss this Appeal as to All Issues Not Related to Holdings of the Bankruptcy Court on Remand*.

3. Appellant may file a Reply Brief within 14 days of service of the Response Brief.

_____
HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge

Submitted By:

**BUSINESS LAW SOUTHWEST, LLC**

By: */s/ Shay Elizabeth Meagle*
 Shay Elizabeth Meagle
320 Gold Ave. SW, Ste. 620
Albuquerque, NM 87102
Tel: (505) 848-8581
shay@BusinessLawSW.com

*Counsel for Appellee,*
*Doña Ana County Treasurer*

**CLARK HILL PLC**

By: */s/ Kevin H. Morse*
 Kevin H. Morse (admitted pro hac vice)
 130 E. Randolph Street, Suite 3900
 Chicago, Illinois 60601
 Fax: (312) 517-7593
 Tel: (312) 985-5556
 kmorse@clarkhill.com

*Counsel for Appellant, Robert Marcus, Not Individually, but Solely as Successor Trustee of the Las Uvas Valley Dairies*